UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYE CHUNG,

         Plaintiff,

   v.

MEGAN J. BRENNAN,

         Defendant.

Case No. 20-cv-02019-DMR

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

Plaintiff Kye Chung filed this action on March 23, 2020, alleging claims for employment discrimination and retaliation arising from his job with the United States Postal Service ("USPS"). [Docket No. 1.] Defendant filed a motion to dismiss on September 8, 2020. [Docket No. 9.] Plaintiff's opposition was due by September 22, 2020 but he did not file an opposition until September 25, 2020. *See* Docket No. 14. Given Plaintiff's pro se status, the court excused the untimely filing but granted Defendant's motion to dismiss on the merits. [Docket No. 18.] The court granted Plaintiff leave to amend his complaint. It admonished Plaintiff that he must file his amended complaint by no later than December 21, 2020. *Id.* at 6 ("**If Chung does not file an amended complaint by December 21, 2020, this case will be dismissed.**" (emphasis in original)).

Plaintiff filed a document on December 22, 2020 that appeared to be a response to the court's order on Defendant's first motion to dismiss. [Docket No. 19.] On January 8, 2021, Defendant responded to the filing, arguing that Plaintiff did not file an amended complaint as ordered by the court. [Docket No. 20.] She also argued that the document was not filed by the December 21, 2020 deadline and that therefore the case should be dismissed. *Id.* The court denied Defendant's request. [Docket No. 21.] It noted that the December 22, 2020 filing "is not in the form of an amended complaint and is difficult to follow." *Id.* at 1. However, the court

1 determined that the filing provided the information the court required in its prior order and
2 therefore found it appropriate to construe the new filing together with the initial complaint such
3 that both filings together constitute an amended complaint. *Id.* The court also noted that
4 Plaintiff's filing was late and that he had previously filed documents late. *Id.* at 2. The court
5 again excused the late filing on the basis of Plaintiff's pro se status and because the filing was late
6 by one day. *Id.* However, the court strongly warned Plaintiff that "**if he files documents late**
7 **again, his case may be dismissed.**" *Id.* (emphasis in original).

8 Defendant filed a motion to dismiss the amended complaint on February 5, 2021. [Docket
9 No. 23.] Any opposition was due by February 19, 2021. Plaintiff has not filed an opposition.
10 Given that any opposition is now almost two weeks late, and given that the court has repeatedly
11 warned Plaintiff of the consequences of late filing, the court finds that there is not good cause to
12 excuse the delay. Therefore, this case is dismissed without prejudice for failure to prosecute. The
13 Clerk shall terminate this matter.

16 **IT IS SO ORDERED.**
17 Dated: March 4, 2021

DONNA M. RYU
United States Magistrate Judge